

## MOTION DOCKET

**92–198.** Shaffer v. Maier. *Hamilton County*, Nos. C–900573 and C–900600. On motion for leave to file *amicus* of Professor Emerson. Motion denied.

**92–1873.** Kiel v. Green Local School Dist. Bd. of Edn. *Wayne County*, No. 2709. On motion for leave to file *amicus* of Ohio School Boards Association. Motion granted.

**92–1925.** Firestone v. Galbreath. Certified Question of State Law, Nos. 904114, 904115, 904116 and 904117. On motion for leave to file supplemental brief. Motion granted.
WRIGHT, J., not participating.

**92–2194.** Clark v. Southview Hosp. & Family Health Ctr. *Montgomery County*, Nos. 12845 and 13060. On motions for leave to file *amicus* of Ohio Academy of Trial Lawyers and for extension. Motions granted.

**92–2236.** McFarland v. Bruno Mach. Corp. *Warren County*, No. CA91–11–089. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**92–2345.** Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County*, No. C–910760. On motion for leave to file memorandum in support instanter. Motion granted.
MOYER, C.J., and WRIGHT, J., dissent.

**92–2400.** State v. Lentz. *Trumbull County*, No. 91–T–4622. On motion for leave to file appellant's brief instanter. Motion granted.
WRIGHT, J., dissents.
On motion to dismiss. Motion denied.
WRIGHT, J., dissents.

**93–39.** State v. Moore. *Franklin County*, No. 91AP–887. On motion for leave to file delayed appeal. Motion granted.
MOYER, C.J., and F.E. SWEENEY, J., dissent.

**93–319.** Hutchison v. Mihm. *Muskingum County*, No. CA–9212. On motions for leave to file *amicus* of United Steelworkers of America, AFL–CIO, and Ohio Academy of Trial Lawyers. Motions granted.

**93–326.** State ex rel. Dispatch Printing Co. v. Lias. *Franklin County*, No. 93AP–42. On motions for leave to file *amicus* of Ohio Association of Juvenile and Family Court Judges and Ohio Association of CASA/GAL. Motions granted.

**93–333.** State v. Workman. *Summit County*, No. 15730. On motion for leave to file memorandum in support instanter. Motion granted.
DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–471.** Indus. Energy Consumers of the Ohio Power Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 92–01–EL–EFC and 92–101–EL–EFC. On motion for leave to intervene of Ohio Power Company. Motion granted.
WRIGHT, J., not participating.

**93–505.** Indus. Energy Consumers of the Ohio Power Co. v. Pub. Util. Comm. Public Utilities Commission, No. 92–790–EL–ECP. On motion for leave to intervene of Ohio Power Company. Motion granted.
WRIGHT, J., not participating.